D. Lisa CLOVER, Plaintiff-Appellee,

v.

TOTAL SYSTEM SERVICES, INC., Defendant-Appellant.

No. 97-9229.

United States Court of Appeals,

Eleventh Circuit.

April 15, 1999.

Appeal from the United States District Court for the Middle District of Georgia (No. 4:96-Cv-5-DF), Duross Fitzpatrick, Judge.

Before CARNES and HULL, Circuit Judges, and HENDERSON, Senior Circuit Judge.

ORDER:

The opinion in the above-styled case, which is currently published at 157 F.3d 824 (11th Cir.1998),

is VACATED, and the case is resubmitted to the court for a decision.